# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TOLAVIUS TIMMONS,

    Plaintiff(s),

v.

NAPHCARE, et al.,

    Defendant(s).

Case No.: 2:16-cv-02229-JCM-NJK

**ORDER**

[Docket No. 17]

The first attempt at serving Defendant Naphcare was unsuccessful. Docket No. 15 at 4. Now pending before the Court is Plaintiff's motion for a second attempt at serving Naphcare, which provides an additional address (*i.e.*, its corporate headquarters). Docket No. 17. To date, no response has been filed. Moreover, good cause has been shown for the second attempted service. *Cf.* Docket No. 12 at 13.

Accordingly, Plaintiff's motion is **GRANTED**.

The Clerk's Office is **INSTRUCTED** to mail Plaintiff a blank USM-285 form, and shall also send the second amended complaint (Docket No. 9) and a copy of this order to the United States Marshal Service for service on Defendant Naphcare.

Plaintiff shall have 30 days within which to furnish to the United States Marshal the required USM-285 form with all relevant information provided.

1

Within 20 days after receiving from the United States Marshal Service a copy of the USM-285 form showing whether service was accomplished, Plaintiff must file a notice with the Court indicating whether Defendant Naphcare was served.

IT IS SO ORDERED.

Dated: October 25, 2018

_____
Nancy J. Koppe
United States Magistrate Judge