# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TOLAVIUS TIMMONS,

    Plaintiff(s),

v.

NAPHCARE, et al.,

    Defendant(s).

Case No.: 2:16-cv-02229-JCM-NJK

**ORDER**

[Docket No. 52]

Pending before the Court is a letter from Plaintiff proposing settlement terms. Docket No. 52. It is not clear why this letter was filed with the Court, and settlement discussions are generally confidential. *Cf.* Local Rule 16-5. As such, the Court SEALS and STRIKES this letter.

IT IS SO ORDERED.

Dated: March 6, 2019

                                        Nancy J. Koppe
                                        United States Magistrate Judge

1